Ann-Martha Andrews
Nevada Bar No. 7585
Kristina N. Holmstrom
Nevada Bar No. 10086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 369-6800
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com
*Attorneys for Defendant Standard Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rochelle M. van der Poel, | CASE NO.: 3:20-cv-00601-LRH-WGC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. | |
| Standard Insurance Company, | |
| Defendant. | |

Defendant Standard Insurance Company and plaintiff Rochelle M. van der Poel hereby stipulate that the defendant may have through and including November 27 to respond to the plaintiff's Complaint.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

RESPECTFLLY SUBMITTED this 27th day of October 2020.

| | |
|---|---|
| LEVERTY & ASSOCIATES LAW CHTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By:  s/ *Patrick R. Leverty* (with permission)<br>Patrick R. Leverty<br>Vernon E. Leverty<br>William R. Ginn<br>832 Willow Street<br>Reno, NV 89502<br>Telephone: 775 322-6636<br>pat@levertylaw.com | By:  s/ *Ann-Martha Andrews*<br>Ann-Martha Andrews<br>Nevada Bar No. 7585<br>Kristina N. Holmstrom<br>Nevada Bar No. 10086<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone:  (702) 369-6800<br>ann.andrews@ogletree.com<br>kristina.holmstrom@ogletree.com<br>*Attorneys for Defendant Standard Insurance Company* |

**IT IS SO ORDERED**

**DATED: October 28, 2020.**

*William G. Cobb*
_____
**U.S. MAGISTRATE JUDGE**