**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| Rochelle M. van der Poel, | CASE NO.: 3:20-cv-00601-LRH-WGC |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Standard Insurance Company, | |
| Defendant. | |

Defendant Standard Insurance Company and plaintiff Rochelle M. van der Poel hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

///

///

///

///

///

///

1

RESPECTFLLY SUBMITTED this 3rd day of August 2021.

| LEVERTY & ASSOCIATES LAW CHTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: *s/ Patrick R. Leverty (with permission)*<br>    Patrick R. Leverty<br>    Vernon E. Leverty<br>    William R. Ginn<br>    832 Willow Street<br>    Reno, NV 89502<br>    Telephone: (775) 322-6636<br>    pat@levertylaw.com<br><br>*Attorneys for Plaintiff Rochelle M. van der Poel* | By: *s/ Ann-Martha Andrews*<br>    Ann-Martha Andrews<br>    Nevada Bar No. 7585<br>    Kristina N. Holmstrom<br>    Nevada Bar No. 10086<br>    Wells Fargo Tower, Suite 1500<br>    3800 Howard Hughes Parkway<br>    Las Vegas, NV 89169<br>    Telephone: (702) 369-6800<br>    ann.andrews@ogletree.com<br>    kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant Standard Insurance Company* |

**IT IS SO ORDERED**

**DATED:** August 3, 2021.

**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**